**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

HEATHER NICOLE OXENHAM,

  Plaintiff,

                                  CASE NO.: 1:24-cv-02585-SDG-WEJ

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC, and PORTFOLIO RECOVERY ASSOCAITES, LLC,

  Defendants.

_____/

**<u>NOTICE OF SETTLEMENT AS TO DEFENDANT,
TRANS UNION LLC</u>**

      COMES NOW Plaintiff, HEATHER NICOLE OXENHAM, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

1

Dated this 17th day of July, 2024.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 17th day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*
