# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

HEATHER NICOLE OXENHAM,

  Plaintiff,

v.

                              CASE NO.: 1:24-cv-02585-SDG-WEJ

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, RESURGENT
CAPITAL SERVICES L.P. d/b/a
LVNV FUNDING LLC, and
PORTFOLIO RECOVERY
ASSOCIATES, LLC,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC

COMES NOW Plaintiff, HEATHER NICOLE OXENHAM, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("Portfolio"). Defendant, Portfolio, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this September 13, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
501 E. Kennedy Blvd, Ste 610
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 13th of September, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*