UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HEATHER NICOLE OXENHAM,

    Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC, and PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendants.

CASE NO. 1:24-cv-02585-SDG-WEJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC

COMES NOW Plaintiff, HEATHER NICOLE OXENHAM, and Defendant, RESURGENT CAPITAL SERVICES L.P. d/b/a LVNV FUNDING LLC ("Lvnv"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant, Lvnv, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 5th day of November 2024.

Respectfully submitted,

| | |
|---|---|
| **/s/ Octavio Gomez** | */s/ R. Frank Springfield* |
| Octavio "Tav" Gomez | R. Frank Springfield |
| Florida Bar No.: 0338620 | Georgia Bar No. 316045 |
| Georgia Bar No.: 617963 | fspringfield@burr.com |
| Pennsylvania No.: 325066 | BURR & FORMAN LLP |
| The Consumer Lawyers PLLC | 420 North 20th Street, Suite 3400 |
| 501 E. Kennedy Blvd., Suite 610 | Birmingham, AL 35203 |
| Tampa, FL 33602 | Telephone: (205) 251-3000 |
| Cell: (813) 299-8537 | Facsimile: (205) 458-5100 |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | Attorney for Defendant |
| *Attorney for Plaintiff* | LVNV FUNDING LLC |

*/s/ Maureen B. Walsh*
MAUREEN B. WALSH, ESQUIRE
GA Bar No. 224356
12276 San Jose Blvd. Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
mwalsh@messerstrickler.com
*Counsel for Defendant Portfolio Recovery Associates, LLC*